THE PENNSYLVANIA COMPANY FOR INSURANCES ON LIVES AND GRANTING ANNUITIES, trustee, &c., et al., respondents,

v.

HAMPTON ROBB et al., appellants.

[Decided January 26th, 1938.]

*Messrs. Starr, Summerill & Lloyd* (*Mr. Alfred E. Driscoll,* of counsel), for the respondents.

*Messrs. Edwards, Smith & Dawson,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Davis, and reported in *118 N. J. Eq. 529.*

*For affirmance*—PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 12.

*For reversal*—None.